**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| WENDELL H. NEIL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 1:23-cv-00191-AGF |
| | ) |
| FARMINGTON CORRECTIONAL CENTER, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on self-represented petitioner's application to proceed in the district court without prepaying fees or costs, which the Court construes as a motion for leave to proceed in forma pauperis on appeal. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's application to proceed in the district court without prepaying fees or costs, which the Court construes as a motion for leave to proceed in forma pauperis on appeal [Doc. 14] is **GRANTED**.

Dated this 27th day of February, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE